

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, April 21, 2015

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason K. Pulliam, Judge Presiding

# O R D E R

In this appeal, Appellant initially acted pro se but indicated he might want counsel. We abated this appeal to determine if Appellant desired appointed counsel, and the trial court appointed counsel on January 26, 2015. Appellant's brief was due on February 17, 2015. We granted Appellant's first motion for extension of time to file the brief until April 8, 2015.

On April 20, 2015, Appellant filed a second motion for extension of time to file the brief until May 20, 2015, for a total extension of ninety-two days.

Appellant's motion is GRANTED IN PART. Appellant must file the brief not later than May 4, 2015, for a total extension of seventy-five days. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we may abate this appeal and remand it to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2015.



Keith E. Hottle
Clerk of Court